ECONOMY CABS, INC., v. GEORGIA KIRKLAND, *et vir*.

176 So. 151.

Division A.

Opinion Filed September 22, 1937.

*Austin Miller,* for Plaintiff in Error;

*Ralph K. Roberts* and *Bedell & Bedell,* for Defendant in Error.

PER CURIAM.—On rehearing in this cause, a reargument was granted and the case has been carefully re-examined but we find no reason to recede from or modify our former opinion filed February 1, 1937. It is accordingly reaffirmed on rehearing.

Affirmed.

ELLIS, C. J., and TERRELL and BUFORD, J. J., concur.

WHITFIELD, P. J., and BROWN and CHAPMAN, J. J., concur in the opinion and judgment.